**FILED & ENTERED**

MAY 18 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

Christina America Inc.

Debtor(s).

Case No.: 2:17-bk-15695-NB

CHAPTER 15

**ORDER RESCHEDULING HEARING ON CHAPTER 15 PETITION**

<u>Original Date</u>:
Date:           June 13, 2017
Time:          1:00 p.m.
Courtroom:  1545

**Continued Date:**
**Date:           June 20, 2017**
**Time:          1:00 p.m.**
**Courtroom: 1545**

On May 15, 2017, this court entered an order setting a hearing on the debtor's chapter 15 petition (the "Petition Hearing Order," dkt. 2). The debtor's counsel being unavailable on the originally scheduled status conference date, and with good cause appearing, it is hereby

ORDERED that the hearing on the debtor's chapter 15 petition will be held on June 20, 2017 at 1:00 p.m. in courtroom 1545 of the Edward R. Roybal Federal Building

-1-

1 and Courthouse, located at 255 East Temple Street, Los Angeles, California 90012, and
2 it is further
3     ORDERED that the status conference set for June 6, 2017 at 1:00 p.m. is hereby
4 vacated, and it is further
5     ORDERED that all other provisions set forth in the Petition Hearing Order
6 continue to apply, and it is finally
7     ORDERED that counsel for the debtor is directed to serve a copy of this order on
8 all persons or entities listed in the Petition, including the Office of the Superintendent of
9 Bankruptcy Canada, and also on the United States Trustee and the appropriate taxing
10 authorities (as referenced in the Petition Hearing Order) via U.S. mail or other
11 permissible means no later than May 19, 2017.
12                                                          ###

Date: May 18, 2017

Neil W. Bason
United States Bankruptcy Judge